Filed on 3/17/2015 12:21:19 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 12:31:33 PM
CHRISTOPHER A. PRINE
Clerk

March 17, 2015

1ˢᵗ Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1029597
Trial Court Number: Three (3)

**Style:**

| | | |
|---|---|---|
| THE DISCOVERY GROUP, INCORPORATED D/B/A PREFERRED CORPORATE HOUSING | VS. | RICHARD KAMMEN, INDIVIDUALLY AND DBA RICHARD KAMMEN & ASSOCIATES |
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** LINDA  STOREY

**Appellant(s) Attorney:**
Steven D. Poock, No. 00794473
PO Box 984
Sugar Land, Texas 77487
Phone: (281) 277-7678
Fax: (281) 277-7679
E-Mail: spook@juno.com

**Appellee(s) Attorney:**
Laurie A. Munzo, No. 24071782
4950 Bissonnet Street
Bellaire, Texas 77401
Phone: (713) 523-0400
Fax: (713) 523-0408
E-Mail: N/A

The Discovery Group, Incorporated, appellant, filed a Notice of Appeal on March 16, 2015 from the Final Judgment that was signed on March 5, 2015.

The Clerk's Record is due to your office on or before May 4, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX  77251-1525
(713) 755-6421

No. <u>1029597</u>

| | | |
|---|---|---|
| THE DISCOVERY GROUP, | § | IN THE COUNTY CIVIL |
| INCORPORATED d/b/a **PREFERRED** | § | |
| CORPORATE HOUSING | § | |
| | § | COURT AT LAW NO. THREE |
| v. | § | |
| RICHARD KAMMEN, INDIVIDUALLY | § | |
| and dba **RICHARD KAMMEN** | § | OF HARRIS COUNTY, TEXAS |
| & ASSOCIATES | | |

## NOTICE OF APPEAL

1. Plaintiff The Discovery Group, Incorporated d/b/a Preferred Corporate Housing appeals the *"Final Judgment"* in the above-referenced case signed by County Civil Court at Law No. 3 on March 5, 2015.

2. Plaintiff The Discovery Group, Incorporated d/b/a Preferred Corporate Housing appeals the *"Order on Objections"* signed by County Civil Court at Law No. 3 and dated March 5, 2015.

3. Plaintiff appeals to the First or Fourteenth Court of Appeals.

Respectfully Submitted,

/s/ *Steven D. Poock*

**Steven D. Poock**
P.O. Box 984
Sugar Land, TX 77487
Tel: (281) 277-7678
Fax: (281) 277-7679
State Bar No. 00794473
spoock@juno.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal has been forwarded to each attorney of record in accordance with Texas Rule of Civil Procedure 21a, on the 16th day of March, 2015.

/s/ *Steven D. Poock*

Steven Poock

2



Cause No. 1029597

_SIC_

THE DISCOVERY GROUP, § IN THE COUNTY CIVIL COURT
INCORPORATED d/b/a PREFERRED §
CORPORATE HOUSING §
§ AT LAW NUMBER THREE (3)
vs. §
§
RICHARD KAMMEN, individually and d/b/a §
RICHARD KAMMEN & ASSOCIATES § OF HARRIS COUNTY, TEXAS

## FINAL JUDGMENT

BE IT REMEMBERED, on the __5__ day of __March__, 2014, came on to be heard Defendant's First Amended Motion for Summary Judgment in the above-styled and -numbered cause and came the Defendant by and through his attorney of record and announced ready and came the Plaintiff by and through its attorney of record, and announced ready. The Court after considering the pleadings, affidavit and arguments of counsel finds that there is no genuine issue as to any material fact and the Defendant is entitled to judgment as a matter of law.

It is therefore ORDERED, ADJUDGED and DECREED that the Defendant's First Amended Motion for Summary Judgment be and the same is in all things granted.

It is further ORDERED, ADJUDGED and DECREED that the Plaintiff, THE DISCOVERY GROUP, INCORPORATED d/b/a PREFERRED CORPORATE HOUSING take nothing by its suit against Defendant RICHARD KAMMEN because the statute of limitations to said claim has run and that Defendant RICHARD KAMMEN recover his reasonable attorney's fees in the amount of $10,500.00 for the prosecution of this case through this summary judgment proceeding, ~~an additional $15,000.00 as reasonable and necessary attorney's fees for each level of appeal,~~ all costs incurred herein together with interest on said judgment at the rate of five (5%) percent per annum from the date hereof until paid, for all of which let execution issue.

- 1 -

**3**

All relief not expressly granted herein is denied.

SIGNED, this ____5____ day of **March**_____, 2015

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

McCORMICK, LANZA & McNEEL, LLP

By:_____
ANDREW P. McCORMICK
State Bar No. 13457100
amccormick@mlm-lawfirm.com
LAURIE A. MUNOZ
State Bar No. 24071782
lmunoz@mlm-lawfirm.com
4950 Bissonnet Street
Bellaire, Texas 77401
(713) 523-0400 / (713) 523-0408 - Fax

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Final Judgment has been served on Steven D. Poock, Attorney at Law, P. O. Box 984, Sugar Land, TX 77487, by facsimile this ___4th___ day of ___August___, 2014.

_____
ANDREW P. McCORMICK

**RECORDER'S MEMORANDUM:**
At the time of recordation, this Instrument was found to be inadequate for the best photographic reproduction because of Illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

- 2 -

| | | |
|---|---|---|
| THE DISCOVERY GROUP, | § | IN THE COUNTY CIVIL COURT |
| INCORPORATED d/b/a PREFERRED | § | |
| CORPORATE HOUSING | § | |
| | § | AT LAW NUMBER THREE (3) |
| vs. | § | |
| | § | |
| RICHARD KAMMEN, individually and d/b/a | § | |
| RICHARD KAMMEN & ASSOCIATES | § | OF HARRIS COUNTY, TEXAS |

## ORDER ON OBJECTIONS

After considering Defendant Kammen' objections to the Plaintiff's Response to Defendant's Amended Motion for Summary Judgment, the pleadings, the response, the affidavits, and other evidence on file, the Court

SUSTAINS the Plaintiff's objection and strikes the documents marked Exhibits 1-A, 1-B, 1-C, and 1-D attached to Plaintiff's Response to Defendant's Amended Motion for Summary Judgment as not being properly authenticated and constituting inadmissible hearsay.

SUSTAINS the Plaintiff's objection and strikes the Section Nos. _4, 5, 6, 7, 8, 10_ contains in the Affidavit of Megan Margetusakis attached to Plaintiff's Response to Defendant's Amended Motion for Summary Judgment.

SIGNED on ___March 5___, 2015

_____
JUDGE PRESIDING